UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS SEVIER, et al.,

Plaintiffs,

v.

JERRY BROWN, et al.,

Defendants.

Case No. 17-cv-05046-RS

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On February 8, 2018, plaintiffs were reminded that pursuant to the Court's December 4, 2017, order, no further action would be taken on their case until defendants had been properly served and entered appearances. In light of their persistent failure to follow court procedures, plaintiffs were further ordered to file proof of service showing compliance with Federal Rule of Civil Procedure 4(m) on or before February 22, 2018. Plaintiffs were advised that noncompliance with the Court's order would result in dismissal of this action for failure to prosecute.

Plaintiffs have not filed proof of summons, and the time for doing so has passed. Instead, plaintiffs have filed multiple notices regarding the filing of amicus briefs, notwithstanding the Court's stay of this case. Plaintiffs have given no indication that they intend to prosecute this case in accordance with the applicable federal and local rules, or the Court's instructions. "When considering whether to dismiss a case for lack of prosecution, the district court must weigh the court's need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits,

1  and the availability of less drastic sanctions." *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984).
2  Having considered the five factors set forth in *Ash*, and in view of plaintiffs lack of compliance
3  with this Court's prior orders, dismissal is the appropriate course in this matter. Accordingly, this
4  action is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.
5  **IT IS SO ORDERED**.

Dated: February 26, 2018

RICHARD SEEBORG
United States District Judge